# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| JOSEPH LEE COLLINS | CIVIL ACTION NO. 19-1108-P |
| VERSUS | JUDGE FOOTE |
| JERRY GOODWIN, ET AL. | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE AS FRIVOLOUS** under 28 U.S.C. § 1915(e).  The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this ___1st___ day of ___December___ 2021.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE